UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| IN RE: ZETIA (EZETIMIBE) ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*Self Insured Schools of California v. Merck & Co. Inc.*, No. 2:18-cv-01004-RBS-DEM | MDL No. 2836<br>2:18-md-02836-RBS-DEM<br>Chief Judge Rebecca Beach Smith<br>Magistrate Judge Douglas E. Miller |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Self Insured Schools of California ("Plaintiff") and Defendant Par Pharmaceutical, Inc. ("Par") stipulate and agree that the claims against Par in the action titled *Self Insured Schools of California v. Merck & Co. Inc.*, No. 2:18-cv-01004-RBS-DEM, are hereby dismissed without prejudice and with each party bearing its own costs, expenses and attorneys' fees.

Par has not answered the complaint or moved for summary judgment. No class has been certified.

Dated: September 27, 2018

By: /s/ *James A. Cales III*

    Alan Brody Rashkind
    James A. Cales, III (VA Bar # 41317)
    **FURNISS, DAVIS, RASHKIND & SAUNDERS, PC**
    6160 Kempsville Circle, Suite 341B
    Norfolk, Virginia 23502
    Telephone: (757) 461-7100
    Facsimile: (757) 461-0083
    arashkind@furnissdavis.com
    jcales@furnissdavis.com

    *Liaison Counsel for the Proposed End-Payor Class*

Michael M. Buchman
**MOTLEY RICE LLC**
600 Third Avenue, Suite 2101
New York, NY 10016
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
mbuchman@motleyrice.com

Marvin A. Miller
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
mmiller@MillerLawLLC.com

*Interim Co-Lead Counsel for the Proposed End-Payor Class*

Joseph R. Saveri
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940

*Counsel for Plaintiff Self Insured Schools of California*

By: /s/ Eric Grannon

Eric Grannon
Kathryn J. Mims
A. Lee Czocher
**WHITE & CASE LLP**
701 Thirteenth Street NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
egrannon@whitecase.com
kathryn.mims@whitecase.com
lee.czocher@whitecase.com

*Counsel for Par Pharmaceutical, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ James A. Cales III
_____

Alan Brody Rashkind
James A. Cales III (VSB No. 41317)
**Furniss, Davis, Rashkind & Saunders, PC**
6160 Kempsville Circle, Suite 341B
Norfolk, Virginia 23502
Telephone: (757) 461-7100
Facsimile: (757) 461-0083
arashkind@furnissdavis.com
jcales@furnissdavis.com