**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

|  |  |
|---|---|
| In re:<br>ZETIA (EZETIMIBE) ANTITRUST LITIGATION | MDL No. 2:18-md-2836 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**<u>DEFENDANTS' AMENDED JOINT NOTICE OF REQUEST FOR ORAL ARGUMENT</u>**

Defendants Glenmark Pharmaceuticals, Ltd. and Glenmark Pharmaceuticals Inc., USA, incorrectly identified as Glenmark Generics, Inc., USA (collectively, "Glenmark"), along with Merck & Co., Inc., Merck Sharp & Dohme Corp., Schering-Plough Corp., Schering Corp., and MSP Singapore Co., LLC (collectively, "Merck"), by their undersigned counsel, hereby give notice of the Defendants' joint request for oral argument on the following motions: (1) Defendants Glenmark Pharmaceuticals, Ltd. and Glenmark Generics Inc., USA's Motion To Dismiss Direct Purchaser Plaintiffs' Consolidated Class Action Complaint (Dkt. No. 157)[1]; (2) Defendants' Joint Motion To Dismiss The Retailer Plaintiffs' Complaints (Dkt. No. 160); and (3) Joint Motion By Defendants Merck & Co., Inc.; Merck Sharp & Dohme Corp.; Schering-Plough Corp.; Schering Corp.; MSP Singapore Co. LLC; Glenmark Pharmaceuticals, Ltd.; and Glenmark Generics Inc., USA, To Dismiss All Claims Asserted By End Payer Plaintiffs (Dkt. No. 162).

---

[1]    Joined by Merck on October 11, 2018 (Dkt. No. 164).

Dated:  November 19, 2018

/s/       Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA  23510-1665
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
senoona@kaufcan.com

Samuel G. Liversidge (*pro hac vice*)
Christopher D. Dusseault (*pro hac vice*)
Michael M. Lee (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7855
Facsimile:  (213) 229-6855
Sliversidge@gibsondunn.com
CDusseault@gibsondunn.com
MLee@gibsondunn.com

Veronica S. Lewis (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX  75201-6912
Telephone:  (214) 698-3320
Facsimile:  (214) 571-2936
vlewis@gibsondunn.com

Eric J. Stock (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166
Telephone:  (212) 351-2301
Facsimile:  (212) 716-0801
estock@gibsondunn.com

Tarek Ismail (*pro hac vice*)
Jennifer L. Greenblatt (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI BRENNAN &
BAUM LLP
564 West Randolph Street, Suite 400
Chicago, IL  60661

Respectfully submitted,

/s/          J. Kevin Fee
J. Kevin Fee (Bar. No. 88376)
Teri J. Diaz (Bar. No. 87457)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, D.C.  20005
Tel:  202.739.3000
Fax: 202.739.3001
kevin.fee@morganlewis.com
teri.diaz@morganlewis.com

Steven A. Reed (admitted *pro hac vice*)
R. Brendan Fee (admitted *pro hac vice*)
Zachary M. Johns (admitted *pro hac vice*)
Melina R. DiMattio (admitted *pro hac vice*)
Jessica J. Taticchi (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:  215.963.5000
Fax: 215.963.5001
steven.reed@morganlewis.com
brendan.fee@morganlewis.com
zachary.johns@morganlewis.com
melina.dimattio@morganlewis.com
jessica.taticchi@morganlewis.com

Stacey Anne Mahoney (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY  10178
Tel:  212.309.6000
Fax: 212.309.6001
stacey.mahoney@morganlewis.com

*Counsel for Defendants*
*Glenmark Pharmaceuticals, Ltd. and*
*Glenmark Pharmaceuticals Inc., USA*
*incorrectly identified as Glenmark Generics*
*Inc., USA*

Telephone:  (312) 681-6000
Facsimile:  (312) 881-5191
tismail@goldmanismail.com
jgreenblatt@goldmanismail.com

*Counsel for Defendants Merck & Co., Inc.,*
*Merck Sharp & Dohme Corp., Schering-*
*Plough Corp., Schering Corp., MSP*
*Singapore Co. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record who have filed an appearance.

DATED:  November 19, 2018          _/s/ Zachary M. Johns_
                                    Zachary M. Johns

                                    *Counsel for Defendants*
                                    *Glenmark Pharmaceuticals, Ltd. and Glenmark*
                                    *Pharmaceuticals, Inc. USA incorrectly identified as*
                                    *Glenmark Generics Inc., USA*